1  Steven G. Rosales
   Attorney at Law: 22224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail  rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff  BEVERLY JEAN GARCIA
6

7
               **UNITED STATES DISTRICT COURT**
8
       **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**
9

10
   BEVERLY JEAN GARCIA,               )  Case No.:  1:08-CV-1799 SMS
11                                     )
            Plaintiff,                 )  STIPULATION TO EXTEND
12                                     )  BRIEFING SCHEDULE;
        vs.                            )
13                                     )  ORDER
   MICHAEL J. ASTRUE, Commissioner    )
14                                     )
   of Social Security,                 )
15                                     )
            Defendant                  )
16  _____   )

17
        Plaintiff Beverly Jean Garcia ("Plaintiff") and defendant Michael Astrue,
18
   Commissioner of Social Security ("Defendant"), through their undersigned counsel
19
   of record, hereby stipulate, subject to the approval of the Court, to extend the time
20
   for Plaintiff to file Plaintiff's Opening Brief to September 2, 2009; and that
21
   Defendant shall have an extension of time until October 2, 2009, to file his
22
   opposition, if any is forthcoming.
23

24

25

26

PDF created with pdfFactory trial version www.pdffactory.com

1    An extension of time for plaintiff is needed in order to properly address the
2 issues within the administrative record in this matter.  Counsel sincerely apologizes
3 to the court for any inconvenience this may have had upon it or its staff.

5 DATE: August 4, 2009                Respectfully submitted,
6                                     LAW OFFICES OF LAWRENCE D. ROHLFING
7                                          /s/ Steven G. Rosales
                              BY: _____
8                                   Steven G. Rosales
                                    Attorney for plaintiff BEVERLY JEAN GARCIA

10 DATED:  August 4, 2009                   McGREGOR W. SCOTT
                                            United States Attorney

13                                    */S/-Theophous H. Reagans

14                                    _____
                                      Theophous H. Reagans
15                                    Special Assistant United States Attorney
                                      Attorney for Defendant
16                                    [*Via email authorization]

-2-

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including September 2, 2009, in which to file Plaintiff's Opening Brief;
3  Defendant may have an extension of time to October 2, 2009 to consider the
4  contentions raised in Plaintiff's Opening Brief, and file any opposition if
5  necessary.
6    IT IS SO ORDERED.

8  Dated:   August 18, 2009             /s/ Sandra M. Snyder
9                                    UNITED STATES MAGISTRATE JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com